

# MISSISSIPPI INSURANCE DEPARTMENT

**MIKE CHANEY**
Commissioner of Insurance
State Fire Marshal

**J. MARK HAIRE**
Deputy Commissioner of Insurance

501 N. WEST STREET, SUITE 1001
WOOLFOLK BUILDING
JACKSON, MISSISSIPPI 39201
www.mid.ms.gov

October 18, 2023

MAILING ADDRESS
Post Office Box 79
Jackson, Mississippi 39205-0079
TELEPHONE: (601) 359-3569
FAX: (601) 359-2474
WATS: 1-800-562-2957 (Incoming-USA)

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
91 7199 9991 7033 1686 4488

The Travelers Companies, Inc.
Attn: Secretary
One Tower Square
Hartford, CT 06183

In Re: Civil Action No: 2:23cv136-HSO-BWR
Kelvin Hall, vs. Travelers Insurance Company, et al., in the United States District Court for the Southern District of Mississippi

Dear Sir/Madam:

Please find enclosed copy of summons, complaint, and accompanying pleadings, if any, in the above-styled cause, which have been served on the Commissioner of Insurance at 11:00 a.m. on October 18, 2023.

Sincerely

MIKE CHANEY
COMMISSIONER OF INSURANCE,

BY _____
Mary Ellen Dillard
Secretary to Commissioner and
Legal Process Clerk

MC/med
Enclosures
Pc: Honorable Kevin E. Gay

Civil Action No. 2:23-CV-136-HSO-BWR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **The Travelers Companies, Inc**
was received by me on *(date)* **October 18, 2023**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Mary Ellen Dillard**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Mike Chaney, Commissioner of Insurance, Mississippi Insurance Department** on *(date)* **October 18, 2023** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/18/2023**

*Sarah Quinn*
Server's signature

**Sarah Quinn    Legal Assistant**
Printed name and title

**2906 N State St Suite 106 Jackson, MS 39216**
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| KELVIN HALL <br><br> *Plaintiff(s)* <br> v. <br> TRAVELERS INSURANCE COMPANY, THE TRAVELERS COMPANIES, INC., THE STANDARD FIRE INSURANCE COMPANY AND JOHN DOES 1-8 <br> *Defendant(s)* | Civil Action No. 2:23-CV-136-HSO-BWR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE TRAVELERS COMPANIES, INC.
c/o Mike Chaney, Commissioner of Insurance
Mississippi Insurance Department
1001 Woolfolk State Office Building
501 North West Street
Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kevin E. Gay
Kevin Gay Attorney at Law, PLLC
2906 North State Street, Suite 106 (39216)
Post Office Box 12301
Jackson, Mississippi 39236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 10/16/2023

*Signature of Clerk or Deputy Clerk*